```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12283
    CHARLES L WILSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5335


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/10/07 .

    2.   The case was dismissed without confirmation, 10/19/2007.

    3.   The Debtor paid a total of $   1530.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE NATL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| RUSSET WEST OAKSIDE TOWN | UNSECURED | 135.24 | .00 | 135.24 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AQUA ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RUSSET WEST OAKSIDE TOWN | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW KEY CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

```
              Summary of disbursements:
------------------------------------------------------------------------
```

```
                        SECURED      PRIORITY    UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00       135.24          .00          135.24
PRINCIPAL PAID              .00           .00       135.24          .00          135.24
INTEREST PAID               .00           .00          .00          .00             .00
TOTAL PAID                  .00           .00       135.24          .00          135.24
```

The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $   3500.00
and was paid $     800.00   direct and $    1327.67   through the plan.

The Trustee received $      67.09 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                 PAGE   2
            CASE NO. 07 B 12283 CHARLES L WILSON